

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Maria Guadalupe GAMA-Magallanes, <br><br> Defendant. | Magistrate Case No. **21-MJ-2122** <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about May 26, 2021, within the Southern District of California, Defendant Maria Guadalupe GAMA-Magallanes, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Marleny Yolanda SOLORZANO-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 27th of May 2021.

HONORABLE MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

The complainant states that Marleny Yolanda SOLORZANO-Ramirez is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impractical to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 26, 2021, at approximately 4:05 A.M, Maria Guadalupe GAMA-Magallanes (Defendant), a United States citizen, made application for admission into the United States from Mexico at the Otay Mesa, California Port of Entry via the vehicle primary lanes. Defendant was the driver and sole visible occupant of a Jeep Liberty via the Secure Electronic Network for Travelers Rapid Inspection (SENTRI) lanes. Upon inspection before a CBP Officer, Defendant presented her SENTRI Card and said she was going to work in San Ysidro, California with nothing to declare from Mexico. The CBP Officer conducted an inspection of the vehicle's cargo area and discovered one individual concealed under a blanket. The CBP Officer radioed for assistance and responding officers escorted the Defendant to a secured office. A CBP Officer drove the vehicle to secondary for further inspection.

In secondary, responding CBP Officers assisted and removed one individual from the cargo area. The individual, later identified as Marleny Yolanda SOLORZANO-Ramirez, was determined to be a citizen of Guatemala without lawful documents to enter or reside in the United States and is now being held as a Material Witness.

During a video-recorded interview, the Material Witness admitted she is a citizen of Guatemala without documents to enter or reside in the United States. Material Witness stated her cousin made the smuggling arrangements and was to pay $18,000.00 USD upon successful entry into the United States. Material Witness stated she intended to travel to San Francisco, California to work.